IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**PAUL GARCIA,**

      **Plaintiff,**

**v.**                                                                                  Case No. 1:13-cv-00586-RB-SCY

**PETER D. ROMERO and**
**SHAWN F. CASAUS,**

      **Defendants.**

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT SHAWN CASAUS

      **THIS MATTER** having come before the Court upon the stipulation of the parties hereto to dismiss, with prejudice, all of Plaintiff's causes of actions contained in the above-entitled cause against Defendant Shawn Casaus, and the Court being fully advised in the premises, finds good cause for the entry of an Order dismissing Defendant Shawn Casaus with prejudice:

      **IT IS THEREFORE ORDERED** that all causes of action contained therein are hereby dismissed with prejudice as to Defendant Shawn Casaus.

_____
**ROBERT BRACK**
**UNITED STATES DISTRICT JUDGE**

Submitted by:

**CITY OF ALBUQUERQUE**
David Tourek, City Attorney

 /s/ *Kristin J. Dalton*
Kristin J. Dalton, Esq.
Assistant City Attorney
P. O. Box 2248
Albuquerque, New Mexico 87103
(505) 768-4500

*Attorney for Defendants*


Approved By:

/s/ *Electronically Approved 6/20/14*
Ray Twohig, Esq.
Nick Sitterly, Esq.
TWOHIG LAW FIRM
8998 Rio Grande Blvd., N.W.
Albuquerque, NM 87114
(505) 898-0400

*Attorneys for the Plaintiff*