IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAUL GARCIA,

      Plaintiff,

vs.                                                                No. CIV 13-586 RB/SCY

PETER D. ROMERO,
In his individual and official capacities,
Shawn F. Casaus,
In his individual and official capacities,

      Defendants.

## **JUDGMENT**

**THE COURT**, having issued a Memorandum Opinion and Order, enters this judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Judgment is entered in favor of Defendant and against Plaintiff.

_____
**ROBERT C. BRACK**
**UNITED STATES DISTRICT JUDGE**